BALTIMORE TRUST COMPANY, TRUSTEE, v. GURNEY P. HOOD, COMMISSIONER.

(Filed 15 March, 1933.)

APPEAL by defendants from *Sink, J.,* at June Term, 1932, of BUNCOMBE.

Civil action by plaintiff, as substituted trustee, to establish preference or priority of claim for $52,242.79 against funds in hands of liquidating agent of Central Bank and Trust Company, said amount having been deposited for a specific purpose and misused or misapplied by the bank prior to its insolvency and closing, 19 November, 1930.

From a judgment for plaintiff, the defendants appeal

*Alfred S. Barnard for plaintiff.*
*Johnson, Smathers & Rollins for defendants.*

PER CURIAM. Affirmed on authority of *Safe Deposit Co. v. Hood, Comr., ante,* 346, *Flack v. Hood, Comr., ante,* 337, *Post No. 70 of the American Legion v. Trust Co., ante,* 342, and *Trust Co. v. Hood, Comr., post,* 777.

Affirmed.